# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **20 Mag. 10970**          Date **October 26, 2020**

USAO No. **2020R01116**

The Government respectfully requests the Court to dismiss without prejudice the

✓  Complaint          Removal Proceedings in

*United States v.*  **Elias Ledesma, Jr.**

The Complaint/Rule 40 Affidavit was filed on  **October 14, 2020**

✓  *U.S. Marshals please withdraw warrant*

BENJAMIN SCHRIER  Digitally signed by BENJAMIN SCHRIER
Date: 2020.10.26 15:15:18 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

## Benjamin Woodside Schrier

(print name if signature handwritten)

**SO ORDERED:**

DATE:   October 27, 2020

UNITED STATES MAGISTRATE JUDGE